IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Monumental Life Insurance Co. and Stonebridge Life Insurance Co., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>David Wade North, Kevin J. North, and Nellie J. Toothman, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 1:10-88-TLW-JRM |

# ORDER

On January 13, 2010, the Plaintiffs filed this civil action in interpleader pursuant to 28 U.S.C. § 1335. (Doc. # 1).

The matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by Magistrate Judge Joseph R. McCrorey to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that Defendant David Wade North's and Defendant Kevin J. North's Motion for Disbursement of Funds be granted. (Doc. # 44). Objections were due on January 17, 2012. Defendant Nellie J. Toothman has filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED**.  (Doc. # 44).   The Motion for Disbursement of Funds by Defendants David Wade North and Kevin J. North is thereby **GRANTED** (Doc. # 41).  The remaining interpled funds, less any administrative fees, are to be disbursed to Defendants David Wade North and Kevin J. North.  Upon disbursement of the interpled funds, this case shall be dismissed with prejudice.

**IT IS SO ORDERED**.


January 23, 2012                                                                    __s/Terry L. Wooten_____
Florence, South Carolina                                                       United States District Judge